IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------ :
                                                                            :
JOANNE SNIDE                                         : CASE NO. 1:11-CV-00244
                                      Plaintiff         :
                                                                            : <u>MEMORANDUM OF OPINION AND</u>
                   -vs-                                  : <u>ORDER</u>
                                                                            :
DISCOUNT DRUG MART, INC.,              :
                                                                            :
                                      Defendant.     :
------------------------------------------------------ :


UNITED STATES DISTRICT JUDGE LESLEY WELLS

On 7 October 2011, Magistrate Judge Greg White issued a Report and Recommendation ("R&R") as to Plaintiff's motion to conditionally certify a collective action under the Fair Labor Standards Act ("FLSA").  Plaintiff filed objections to this R&R on 21 October 2011.  On 26 October 2011, Defendant moved for leave to file a reply to Plaintiff's objections.  Plaintiff opposed this motion on 2 November 2011.

A party must file its objections to an R&R within 10 days of its issuance by the Magistrate Judge.  Within 10 days of this filling, an opposing party must file its reply to these objections.  In the present case, the Defendant's motion for leave to file a reply was timely as it was filed less than 10 days from when the Plaintiff objected to the R&R.  The Defendant's motion is therefore granted.

IT IS SO ORDERED.

                                         /s/Lesley Wells
                                         LESLEY WELLS
                                         UNITED STATES DISTRICT JUDGE