IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------ :
                                                       : CASE NO. 1:11 CV 00244
JOANNE SNIDE, *et al*,                    :
                                                       : ORDER ADOPTING THE
                                 Plaintiffs, : MAGISTRATE JUDGE'S REPORT AND
                                                       : RECOMMENDATION AND GRANTING
                         -vs-                  : THE PARTIES' JOINT MOTION FOR
                                                       : APPROVAL OF THE COLLECTIVE
                                                       : ACTION SETTLEMENT
DISCOUNT DRUG MART, INC.,       :
                                                           :
                                 Defendant.               :
------------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

      On 9 August 2011, this matter was referred to United States Magistrate Judge Greg White for supervision of all pretrial matters, including recommendations on dispositive motions. (Doc. 17). On 22 February 2013, following a settlement conference with the magistrate judge, the parties filed a joint motion, under seal, for approval of the settlement agreements reached between them, pursuant to § 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b). (Doc. 62). The magistrate judge issued a report and recommendation (R&R), advising that this Court grant the joint motion and approve the proposed settlement agreements. (Doc. 63).

Pursuant to 28 U.S.C. § 636(b)(1), this Court makes a de novo determination of those portions of the R&R to which a timely objection is made. In this instance, neither party has filed objections. The magistrate judge's R&R is adopted in its entirety, the parties' joint motion is granted, and the settlement agreements are approved, as set forth in the R&R.

IT IS SO ORDERED.

                                                  /s/ Lesley Wells
                                       UNITED STATES DISTRICT JUDGE

Date:  20 March 2013