IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

---

JOANNE SNIDE, et al.,

                    Plaintiffs,

-vs-

DISCOUNT DRUG MART, INC.,

                    Defendant.

: CASE NO. 1:11 CV 00244
:
: <u>ORDER ADOPTING THE</u>
: <u>MAGISTRATE JUDGE'S REPORT AND</u>
: <u>RECOMMENDATION AND GRANTING</u>
: <u>IN PART AND DENYING IN PART THE</u>
: <u>PLAINTIFFS' MOTION FOR</u>
: <u>ATTORNEY FEES AND COSTS</u>

---

UNITED STATES DISTRICT JUDGE LESLEY WELLS

After the parties' collective action settlement received court approval, the plaintiffs filed a motion under seal for attorney fees and costs, which was referred to United States Magistrate Judge Greg White for report and recommendation ("R&R"). On 30 October 2013, Magistrate Judge White issued an R&R recommending that the motion be granted in part and denied in part. The parties have not objected to the recommendation.

Pursuant to 28 U.S.C. § 636(b)(1), this Court makes a de novo determination of those portions of the Report and Recommendation to which a timely objection is made. Therefore, the Magistrate Judge's recommendation is accepted. The plaintiff's motion for attorney fees and costs is granted in part and denied in part, as set forth in the R&R.

IT IS SO ORDERED.

Date: November 21, 2013

UNITED STATES DISTRICT JUDGE